WILSON TURNER KOSMO LLP
FREDERICK W. KOSMO, JR. (138036)
HUBERT KIM (204957)
550 West C Street, Suite 1050
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile:  (619) 236-9669
E-mail: fkosmo@wilsonturnerkosmo.com
E-mail: hkim@wilsonturnerkosmo.com

Attorneys for Plaintiff
NATURAL ALTERNATIVES
INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HI-TECH PHARMACEUTICALS, INC. doing business as ALR Industries, APS Nutrition, Innovative Laboratories, Formutech Nutrition, LG Sciences and Sports 1, <br><br> Defendant. | Case No. **'16 CV 2343 BTM BGS** <br><br> **COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff, Natural Alternatives International, Inc. ("NAI"), hereby brings this Complaint against Defendant, Hi-Tech Pharmaceuticals, Inc. (doing business as ALR Industries, APS Nutrition, Innovative Laboratories, Formutech Nutrition, LG Sciences and Sports 1) ("Hi-Tech"), and alleges as follows:

## INTRODUCTION

1.     NAI sells its branded CarnoSyn® beta-alanine, an amino acid, to customers throughout the United States and in other countries. NAI's product is covered by a robust portfolio of patent and trademark rights. Hi-Tech entered into a

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND
TRADEMARK INFRINGEMENT

CarnoSyn® patent and trademark license agreement with NAI in July 2015. That agreement provides NAI with the right to periodically audit Hi-Tech. NAI invoked its audit rights on August 30, 2016, however, in breach of its contractual obligations, Hi-Tech ignored NAI's audit demand. Further, NAI files this action to stop Hi-Tech from intentionally and willfully infringing upon NAI's patent and trademark rights and wrongfully interfering with NAI's CarnoSyn® beta-alanine business.

## PARTIES

2.      NAI is a Delaware corporation with its principal place of business in San Marcos, California.

3.      Hi-Tech is a Georgia corporation with its principal place of business located at 6015-B Unity Drive, Norcross, Georgia. It also does business as ALR Industries, APS Nutrition, Innovative Laboratories, Formutech Nutrition, LG Sciences and Sports 1.

## JURISDICTION AND VENUE

1.      The Court has subject matter jurisdiction over the underlying action pursuant to 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. § 1121(a).

2.      The exercise of jurisdiction over Hi-Tech comports with the laws of the State of California and the constitutional requirements of due process because Hi-Tech transacts business and/or offers to transact business within California. It has entered into the Agreement with NAI, which is headquartered in this State. The Agreement itself provides that any dispute is to be heard by federal or state courts in the County of San Diego, California, and the parties submit to the personal jurisdiction and venue of such courts.

3.      Venue is proper in this District under 28 U.S.C. § 1391.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

# FACTS

**A.     NAI**

4.     NAI, a publicly traded company, is a leading formulator, manufacturer, marketer and supplier of nutritional supplements and provides strategic partnering services to its customers. NAI offers a wide range of innovative nutritional products and services to its clients including: scientific research, clinical studies, proprietary ingredients, customer-specific nutritional product formulation, product testing and evaluation, marketing management and support, packaging and delivery system design, regulatory review and international product registration assistance. NAI also funds, sponsors, directs and participates in research studies to establish consumer benefits and scientific efficacy supporting both product claims and marketing initiatives. The comprehensive services NAI offers and financial support for research have established NAI as an innovator in the field of nutritional science and increased the goodwill associated with NAI-authorized products.

5.     NAI owns 46 patents in the United States and foreign countries related to beta-alanine. Beta-alanine is a non-essential amino acid. In numerous scientific studies, CarnoSyn® beta-alanine, when used as a dietary supplement, has been proven to delay the onset of fatigue in muscle cells, thereby eliminating muscle fatigue and soreness and has been shown to improve athletic performance. One of the inventors of the patents assigned to NAI, Dr. Roger Harris, has been recognized for his work in nutritional supplements, particularly his work in several studies using CarnoSyn® beta-alanine. He has a lifetime achieve award from the International Society of Sports Nutrition.

6.     NAI is the owner of U.S. Patent No. 5,965,596 ("the '596 patent"), issued on or about October 12, 1999, entitled "Methods and compositions for increasing the anaerobic working in tissues." A copy of the '596 patent is attached as Ex. 1 and incorporated by reference.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

7.     NAI is the owner of U.S. Patent No. 7,825,084 ("the '084 patent"), issued on or about November 2, 2010, entitled "Methods and compositions for increasing the anaerobic working capacity in tissues." A copy of the '084 patent is attached as Ex. 2 and incorporated by reference.

8.     NAI is the owner of U.S. Patent No. RE45,947 ("the '947 patent"), issued on or about March 29, 2016, entitled "Methods and compositions for increasing the anaerobic working capacity in tissues." A copy of the '947 patent is attached as Ex. 3 and incorporated by reference.

9.     NAI is the owner of U.S. Patent No. 8,993,610 ("the '610 patent"), issued on or about March 31, 2015, entitled "Methods and compositions for increasing the anaerobic working capacity in tissues." A copy of the '610 patent is attached as Ex. 4 and incorporated by reference.

10.    By statute, the patents-in-suit are presumed valid, 35 U.S.C. § 282.  None of them have been found invalid by a court.

11.    Claim 1 of the '596 patent is directed to a method of regulating the hydronium ion concentration in human tissue by providing an amount of beta-alanine to the blood or blood plasma effective to increase beta-alanylhistidine dipeptide (carnosine) synthesis in the human tissue, exposing the human tissue to the blood or blood plasma and thereby increasing the carnosine in the human tissue.

12.    Claim 3 of the '596 patent is directed to the method of claim 1, further comprising increasing a concentration of creatine in the human tissue.

13.    Claim 5 of the '596 patent is directed to the method of claim 3, wherein increasing the amount of creatine in the human tissue includes providing an amount of creatine to the blood or blood plasma effective to increase the concentration of creatine in the human tissue.

14.    Claim 1 of the '084 patent is directed to a human dietary supplement comprising beta-alanine in a unit dosage of between 0.4 grams to 16 grams.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

15. Claim 2 of the '084 patent is directed to the human dietary supplement of claim 1, further comprising a creatine in a unit dosage of between about 0.4 grams to 16 grams.

16. Claim 3 of the '084 patent is directed to the human dietary supplement of claim 1, further comprising an L-histidine in a unit dosage of between about 0.08 grams to 8 grams.

17. Claim 34 of the '947 patent is directed to a human dietary supplement for increasing human muscle tissue strength comprising a mixture of creatine, a carbohydrate and free amino acid beta-alanine that is not part of a dipeptide, polypeptide or an oligopeptide, wherein the human dietary supplement does not contain a free amino acid L-histidine, wherein the free amino acid beta-alanine is in an amount that is from 0.4 g to 16.0 g per daily dose, wherein the amount increases the muscle tissue strength in the human, and wherein the human dietary supplement is formulated for one or more doses per day for at least 14 days.

18. Claim 1 of the '610 patent is directed to a use of beta-alanine in manufacturing a human dietary supplement for oral consumption; supplying the beta-alanine, which is not part of a dipeptide, polypeptide or oligopeptide, as a single ingredient in a manufacturing step of the human dietary supplement or mixing the beta-alanine, which is not part of a dipeptide, polypeptide or oligopeptide, in combination with at least one other ingredient for the manufacture of the human dietary supplement, whereby the manufactured human dietary supplement is for oral consumption of the human dietary supplement in doses over a period of time increases beta-alanylhistidine levels in muscle tissue sufficient to delay the onset of fatigue in the human.

19. Claim 4 of the '610 patent is directed to the use of claim 1, wherein the beta-alanine is present as the single ingredient for the manufacture of the human dietary supplement.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

20. Claim 5 of the '610 patent is directed to the use of claim 1, wherein the beta-alanine is presented in combination with at least one other ingredient for the manufacture of the human dietary supplement.

21. Claim 6 of the '610 patent is directed to the use of claim 5, wherein the at least one other ingredient comprises creatine.

22. NAI sells beta-alanine to customers in the United States engaged in interstate and foreign commerce. Its beta-alanine is branded and sold under the trademark CarnoSyn®. NAI also owns the entire right, title and interest to multiple trademarks, including the CarnoSyn® trademark, Serial No. 78372235 and Registration No. 3146289, and the Carnosyn Beta Alanine® trademark, Serial No. 85606462 and Registration No. 4271217.

23. NAI has invested and continues to expend substantial funds to build, expand and promote sales of CarnoSyn® beta-alanine. NAI pursues legal avenues to protect its CarnoSyn® brand and intellectual property portfolio.

24. NAI maintains a website to promote and encourage sales of its branded beta-alanine at www.carnosyn.com, the content of which is incorporated herein by reference.

25. When NAI sells CarnoSyn® beta-alanine to customers, the customers receive a scientifically-tested recognized product, a license to NAI's trademarks and patents, and are indemnified against product liability. The license extends only to the CarnoSyn® beta-alanine purchased from NAI, and does not extend to CarnoSyn® beta-alanine that contains or is mixed or comingled with any non-trademarked beta-alanine.

**B.    HI-TECH**

26. Hi-Tech is a contract manufacturer that manufactures products for dietary supplement companies, including one or more products containing beta-alanine. In addition, Hi-Tech creates, manufactures, offers to sell and sells its own dietary

-6-                     Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

supplement products to consumers across the United States, including California. Hi-Tech's products are available at retailers, including Amazon.com, GNC, Vitamin Shoppe and CVS.

27.    Hi-Tech's owner and Chief Executive Officer is Jared Wheat ("Wheat"). He has had prior run ins with the law involving drugs and dietary supplements. He and Hi-Tech are parties to an ongoing seizure action captioned *United States v. Undetermined Quantities of 1,3 Dimethylamylamine HCl (DMAA)*, No. 13-CV-3675 (N.D. Ga.).

28.    Hi-Tech maintains and operates a website at https://hitechpharma.com, the content of which is incorporated herein by reference.

29.    Hi-Tech has manufactured, sold, and offered to sell dietary supplements under its own or one of its brand names containing beta-alanine to its customers in the United States in interstate commerce. In doing so, Hi-Tech has imported or purchased the raw material beta-alanine from others, and not NAI. Hi-Tech has not marked or virtually marked its products with NAI's applicable patent numbers.

30.    In addition, to its own products, Hi-Tech acts as a contract manufacturer for other dietary supplement brand companies. Hi-Tech manufactures and sells dietary supplements containing beta-alanine in the United States in interstate commerce. In doing so, Hi-Tech has imported or purchased the raw material beta-alanine from others, and not NAI. By way of example, Hi-Tech has manufactured dietary supplements containing beta-alanine for its customer, Muscle Elements, without using CarnoSyn® beta-alanine purchased from NAI.

**C.    2015 CARNOSYN® BETA-ALANINE LICENSE AGREEMENT**

31.    In July 2015, NAI and Hi-Tech entered into a CarnoSyn® Beta-Alanine License Agreement ("Agreement"). The Agreement was signed by Wheat, the authorized representative of Hi-Tech, on July 9, 2015 and the authorized representative of NAI on July 16, 2015. The Effective Date of the Agreement was July

-7-                    Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

16, 2015. A true and correct copy of the Agreement is attached as Ex. 5 and incorporated by reference.

32.     Among other things, the Agreement granted Hi-Tech a license to patent and trademark rights for "Raw Material" – *i.e.*, the raw material known as beta-alanine – it purchased from NAI, provided that Hi-Tech complied with the terms and conditions. *See, e.g.*, Ex. 5 at ¶¶ 1, 3.

33.     The Agreement imposed certain obligations on Hi-Tech, including without limitation the following:

(a)     **Obligations Related to Third Parties.** "This Agreement is intended to bind Licensee and any third party including, but not limited to, suppliers, formulators, contract manufacturers, customers, distributors, and/or resellers for which Licensee purchases and/or accepts delivery of the Raw Material. To the extent Licensee is purchasing and/or accepting delivery of the Raw Material on behalf of such third party, Licensee shall promptly provide a copy of this Agreement to the third party. The License granted in Section 3 is contingent upon Licensee's compliance with this Section. Failure to comply with this Section shall constitute a material breach of the Agreement and will render the license granted herein to Licensee and/or such third party void." *Id.* at ¶ 2.

(b)     **No Comingled Products.** The patent and trademark license granted by the Agreement does "not include Raw Material purchased from NAI that contains or is mixed or comingled with any beta-alanine obtained from any source other than NAI." *Id.* at ¶ 3.

(c)     **Product Labeling Requirements.** Hi-Tech agreed to mark any licensed product with the applicable patent and trademark designations. *Id.* at ¶ 4.

(d)     **Records.** "Licensee shall maintain accurate and complete records of all of its purchases and sales of Raw Material and products containing Raw

-8-                     Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

Material for the term of this Agreement and for at least two years thereafter, including dates, quantities and identity of the seller(s) for Licensee's purchases and dates, quantities and identity of Licensees customers. NAI shall have a right to audit and inspect Licensee's books and records pertaining to beta-alanine purchases and sales, Raw Material and Licensed Products, not more than once each calendar year, at NAI's expense, by an independent auditor selected by NAI and accepted by Licensee, which acceptance shall not be unreasonably withheld. Licensee shall also maintain accurate and complete records sufficient to demonstrate compliance with the marking provisions set forth in Section 4 herein and that NAI's Trademark rights were used properly under this Agreement. For purposes of clarity and to avoid any misunderstanding, Licensee shall maintain records sufficient to determine which products contain beta-alanine, how much beta-alanine is included in each product, the identity of the source of the beta-alanine and all other information sufficient to confirm such information contained in this Section 10." *Id.* at ¶ 10.

(e)     **Ownership of Rights**. "Licensee acknowledges and agrees the Patent Rights and the Trademark Rights are and will remain the sole and exclusive property of NAI, and that NAI is the owner of all proprietary rights and intellectual property rights associated therewith including, without limitation, all trademarks, trade dress, trade names, logos, domain names and service marks, together with all translations, adaptations, derivations and combinations, including all associated goodwill, and all applications, registrations, reservations and renewals in connection therewith, whether or not registered for the Patent Rights or the Trademark Rights. Except as otherwise permitted herein, Licensee

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

will not take any action inconsistent with NAI's ownership of and rights under the Patent Rights and Trademark Rights. Licensee will not contest or aid others in contesting the validity, enforceability or NAI's ownership of and/or rights in the Patent Rights and Trademark Rights." *Id. at* ¶ 5.

34. The Agreement also contains a Delaware choice of law provision and requires the successful or prevailing party to recover its reasonable attorneys' fees in any proceeding brought to enforce the Agreement or for breach, default or other dispute concerning it. *Id.* at ¶ 11. Further, as the licensee, Hi-Tech "acknowledges and agrees that any actual or threatened breach of this Agreement by it will constitute immediate and irreparable harm to NAI for which monetary damages would be an inadequate remedy and that injunctive relief is an appropriate remedy for such breach." *Id.*

35. Since the July 16, 2015 Effective Date of the Agreement, Hi-Tech has purchased only about 1,000 kilograms of licensed CarnoSyn® beta-alanine from NAI.

36. On or about August 30, 2016, NAI, by counsel, sent a letter to Wheat, Hi-Tech's CEO, invoking NAI's audit rights pursuant to paragraph 10 of the Agreement. In pertinent part, the letter stated: "Pursuant to Section 10 of the License Agreement, this letter serves as NAI's written notice to Hi-Tech of its request to inspect records for the past two years maintained by Hi-Tech as required by the License Agreement." The letter went on to demand that Hi-Tech "make available for onsite inspection and the copying of records listed by September 6, 2016." It further set forth the form and nature of the records to be provided as part of the audit. A true and correct copy of the letter is attached as Ex. 6 and incorporated by reference.

37. Hi-Tech did not comply with NAI's audit demand in breach of paragraph 10 of the Agreement. Hi-Tech did not respond to NAI's letter by the September 6 deadline. In fact, it has simply ignored its contractual obligations.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

38.    Hi-Tech has not complied with paragraph 4 of the Agreement by not marking or virtually marking any products made using CarnoSyn® Beta-Alanine with applicable patent numbers or trademarks.

### D.    ACTS OF PATENT INFRINGEMENT BY HI-TECH

39.    As alleged below, Hi-Tech has infringed one or more claims of NAI's patents-in-suit.

#### 1.    Jack'D Up

40.    HiTech promotes and sells Jack'D Up through the website https://hitechpharma.com/collections/muscle-strength/products/jackd-up, which is incorporated by reference.

41.    Jack'D Up is a human dietary supplement that contains beta-alanine.  Ex. 7.

42.    Jack'D Up contains creatine.  *Id.*

43.    HiTech infringes claim 1 of the '084 patent because it sells, and offers for sale, Jack'D Up, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

44.    HiTech infringes claim 2 of the '084 patent because it sells, and offers for sale, Jack'D Up, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

#### 2.    NO Overload

45.    HiTech promotes and sells NO Overload on the website https://hitechpharma.com/collections/muscle-strength/products/n-o-overload, which is incorporated by reference.

46.    NO Overload is a human dietary supplement that contains beta-alanine. Ex. 8.

47.    NO Overload contains creatine. *Id.*

48.    NO Overload contains carbohydrate. *Id.*

Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

1    49.    NO Overload does not contain L-histidine. *Id.*

2    50.    NO Overload is a human dietary supplement that is formulated for one or

3    more doses per day for at least 14 days.  *Id.*

4    51.    HiTech infringes claim 1 of the '084 patent because it sells, and offers for

5    sale, NO Overload, which is a human dietary supplement that contains between 0.4

6    and 16 g of beta-alanine per unit dosage.

7    52.    HiTech infringes claim 2 of the '084 patent because it sells, and offers for

8    sale, NO Overload, which is a human dietary supplement that contains between 0.4

9    and 16 g of beta-alanine and creatine per unit dosage.

10    53.    HiTech infringes claim 34 of the '947 patent because it sells, and offers

11    for sale, NO Overload, which contains beta-alanine between 0.4 and 16 grams per

12    daily dose, creatine and carbohydrate, does not contain L-histidine and is formulated

13    for one or more doses per day for at least 14 days.

14    **3.    Phosphagen**

15    54.    HiTech promotes and sells a product, Phosphagen on the website

16    https://hitechpharma.com/collections/muscle-strength/products/phosphagen,  which  is

17    incorporated by reference.

18    55.    Phosphagen is a human dietary supplement that contains beta-alanine.

19    Ex. 9.

20    56.    Phosphagen contains creatine.  *Id.*

21    57.    HiTech infringes claim 1 of the '084 patent because it sells, and offers to

22    sell, Phosphagen, which is a human dietary supplement that contains between 0.4 and

23    16 g of beta-alanine per unit dosage.

24    58.    HiTech infringes claim 2 of the '084 patent because it sells, and offers to

25    sell, Phosphagen, which is a human dietary supplement that contains between 0.4 and

26    16 g of beta-alanine and creatine per unit dosage.

27

28

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND
TRADEMARK INFRINGEMENT

### 4. APS Beta-Alanine

59.   Hi-Tech, doing business as APS Nutrition ("APS"), sells and promotes products through its website, which is linked to the HiTech Pharmaceuticals website. One of the products APS promotes and sells is APS Beta Alanine on the website http://www.apsnutrition.com/collections/all-products/products/beta-alanine, which is incorporated by reference.

60.   APS Beta Alanine is a human dietary supplement that contains 2 g of beta-alanine per dosage.  Ex. 10.

61.   The label for APS Beta Alanine states "Clinically proven to increase muscle carnosine levels a critical fatigue controlling factor." *Id.*

62.   The label for APS Beta Alanine states "Boosts muscular anaerobic endurance." *Id.*

63.   The label for APS Beta Alanine states "Lactic acid elimination." *Id.*

64.   The label for APS Beta Alanine states "Increase exercise capacity so you can train harder and longer." *Id.*

65.   The supplement fact panel states "This nonessential amino acid increases the lactate threshold, which is the limiting factor in most training sessions. The build-up of lactic acid often prevents you from reaching your strength goals as your muscles begin to fatigue. With Beta-Alanine your training threshold is increased and your limitations can finally be broken down. Beta-Alanine can help increase your training capacity allowing you to train harder, stronger and longer than your last workout. Push through every rep and increase that weight! Beta-Alanine can improve muscular strength and endurance to provide a more powerful training session." *Id.*

66.   APS states on the website for APS Beta Alanine that "BETA ALANINE is a non-essential amino acid that is used by muscle cells to synthesize carnosine. Carnosine is a dipeptide (BETA ALANINE plus Histidine) that functions as a buffer for hydrogen ions (acid) produced during strenuous exercise, thus helping to maintain

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

optimum muscular pH levels. APS uses CarnoSyn, a patented form of BETA ALANINE that has been clinically researched and gives nutritional support for muscles to work harder and longer during intense exercise." *Id.*

67.    APS also states on the website for APS Beta Alanine that "If you want your muscles to remain strong and maintain powerful contractions, they need to be in an optimal pH range. If they don't and the pH drops below the optimal level, you have significantly less strength and you will fatigue more quickly. You know this is happening when you feel that familiar burn in your muscles or even when you're lifting heavy and reach muscular failure. Muscle pH drops and it's largely a result of an increase in hydrogen ions (H+) which build up when you break down the high energy compound ATP during exercise. Wouldn't it be nice to knock out a few more reps? If you had more carnosine in your muscles, you would. Without it, your energy and endurance decline rapidly and your strength suffers. The breakdown of ATP and the subsequent rise in H+ concentrations occurs in all of our energy systems but is most prevalent in an energy system called glycolysis which also produces lactic acid. Lactic acid releases H+ ions, contributing further to the pool of H+ that's filling your muscles from the breakdown of ATP. With the presence of Hydrogen ions, pH drops fast as does muscular performance. High muscle carnosine levels help promote a dramatic increase in muscular strength, size, and endurance. Harness the power of BETA ALANINE and help maximize your workout performance and intensity!" *Id.*

68.    APS infringes claim 1 of the '084 patent because it sells, and offers for sale, APS Beta Alanine which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

69.    APS makes statements in association with the use and promotion of its APS Beta Alanine product that induce infringement of at least claim 1 of the '596 patent.  For example, the label for APS Beta Alanine states that it is "Clinically proven to increase muscle carnosine levels a critical fatigue controlling factor," and

-14-                Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

"Lactic acid elimination" and the supplement fact panel states "This nonessential amino acid increases the lactate threshold, which is the limiting factor in most training sessions. The build-up of lactic acid often prevents you from reaching your strength goals as your muscles begin to fatigue. With Beta-Alanine your training threshold is increased and your limitations can finally be broken down." The website on which APS sells and promotes APS Beta Alanine states "BETA ALANINE is a non-essential amino acid that is used by muscle cells to synthesize carnosine. Carnosine is a dipeptide (BETA ALANINE plus Histidine) that functions as a buffer for hydrogen ions (acid) produced during strenuous exercise, thus helping to maintain optimum muscular pH levels. APS uses CarnoSyn, a patented form of BETA ALANINE that has been clinically researched and gives nutritional support for muscles to work harder and longer during intense exercise." *Id.*

70.     APS infringes claim 1 of the '610 patent because it uses beta-alanine in manufacturing APS Beta Alanine, which is a human dietary supplement for oral consumption by supplying the beta-alanine in a manufacturing step of the APS Beta Alanine, which is for oral consumption in doses over a period of time to increase carnosine content in muscle tissue to delay the onset of fatigue in a human.

**5.     APS Mesomorph**

71.     Another product APS promotes and sells is APS Mesomorph on the website  http://www.apsnutrition.com/collections/all-products/products/mesomorph-1, which is incorporated by reference.

72.     APS Mesomorph is a human dietary supplement that contains beta-alanine in a proprietary blend of three ingredients. Ex. 11.

73.     On the website selling and promoting APS Mesomorph, APS states that " Mesomorph™ utilizes exclusive, premium ingredients like Creatine Nitrate, Creatinol-O-Phosphate, L-Citrulline Malate and the clinically studied and proven dose of Beta Alanine at 3,200mg." *Id.*

-15-          Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

74.     The website also states "Beta-alanine is a non-essential amino acid that will help improve exercise capacity and athletic performance. it is especially beneficial during high-intensity exercise and strength training and may help build lean muscle mass. It can also delay muscle fatigue, especially in older individuals." *Id.*

75.     APS Mesomorph contains creatine. *Id.*

76.     The label for APS Mesomorph states "Lactic acid elimination." *Id.*

77.     APS infringes claim 1 of the '084 patent because it sells APS Mesomorph, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

78.     APS infringes claim 2 of the '084 patent because it sells APS Mesomorph, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

79.     APS makes statements in association with the use and promotion of its APS Mesomorph product that induce infringement of at least claim 1 of the '596 patent.  For example, the label for APS Mesomorph states that it is used for "Lactic acid elimination." Additionally, the website on which APS promotes and sells APS Mesomorph states "Beta-alanine is a non-essential amino acid that will help improve exercise capacity and athletic performance. it is especially beneficial during high-intensity exercise and strength training and may help build lean muscle mass. It can also delay muscle fatigue, especially in older individuals." *Id.* Also, APS states on the website on which it promotes and sells APS Beta Alanine that "BETA ALANINE is a non-essential amino acid that is used by muscle cells to synthesize carnosine. Carnosine is a dipeptide (BETA ALANINE plus Histidine) that functions as a buffer for hydrogen ions (acid) produced during strenuous exercise, thus helping to maintain optimum muscular pH levels. APS uses CarnoSyn, a patented form of BETA ALANINE that has been clinically researched and gives nutritional support for muscles to work harder and longer during intense exercise."

-16-                    Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

80.     APS infringes claim 1 of the '610 patent because it uses beta-alanine in manufacturing APS Mesomorph, which is a human dietary supplement for oral consumption by mixing the beta-alanine in combination with at least one other ingredient for the manufacture of the APS Mesomorph, which is for oral consumption in doses over a period of time to increase carnosine content in muscle tissue to delay the onset of fatigue in a human.

81.     APS infringes claim 5 of the '610 patent because it uses beta-alanine and at least one other ingredient in manufacturing the APS Mesomorph.

82.     APS infringes claim 6 of the '610 patent because it uses beta-alanine and creatine in manufacturing the APS Mesomorph.

**6.     APS MesomorphV.2.0**

83.     One of the products APS promotes and sells is APS MesomorphV.2.0 on the website http://www.apsnutrition.com/collections/all-products/products/mesomorph-v-2-0, which is incorporated by reference.

84.     APS MesomorphV.2.0 is a human dietary supplement that contains beta-alanine in a proprietary blend of three ingredients. Ex. 12.

85.     On the website selling and promoting APS MesomorphV.2.0, APS states that "Mesomorph™ V2.0 utilizes exclusive, premium ingredients like Creatine Nitrate, Creatinol-O-Phosphate, and over 4000mg of beta alanine and over 5000mg of citrulline malate." *Id.*

86.     The website also states "Beta-alanine is a non-essential amino acid that will help improve exercise capacity and athletic performance. It is especially beneficial during high-intensity exercise and strength training and may help build lean muscle mass. It can also delay muscle fatigue, especially in older individuals." *Id.*

87.     APS MesomorphV.2.0 contains creatine. *Id.*

88.     The label for APS MesomorphV.2.0 states "Lactic acid elimination." *Id.*

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

89.     APS infringes claim 1 of the '084 patent because it sells APS MesomorphV.2.0, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

90.     APS infringes claim 2 of the '084 patent because it sells APS MesomorphV.2.0, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

91.     APS makes statements in association with the use and promotion of its APS MesomorphV.2.0 product that induce infringement of at least claim 1 of the '596 patent.  For example, the label for APS MesomorphV.2.0 states that it is used for "Lactic acid elimination." Additionally, the website on which APS promotes and sells APS MesomorphV.2.0 states "Beta-alanine is a non-essential amino acid that will help improve exercise capacity and athletic performance. It is especially beneficial during high-intensity exercise and strength training and may help build lean muscle mass. It can also delay muscle fatigue, especially in older individuals." *Id.* Also, APS states on the website on which it promotes and sells APS Beta Alanine that "BETA ALANINE is a non-essential amino acid that is used by muscle cells to synthesize carnosine. Carnosine is a dipeptide (BETA ALANINE plus Histidine) that functions as a buffer for hydrogen ions (acid) produced during strenuous exercise, thus helping to maintain optimum muscular pH levels. APS uses CarnoSyn, a patented form of BETA ALANINE that has been clinically researched and gives nutritional support for muscles to work harder and longer during intense exercise."

92.     APS infringes claim 1 of the '610 patent because it uses beta-alanine in manufacturing APS MesomorphV.2.0, which is a human dietary supplement for oral consumption by mixing the beta-alanine in combination with at least one other ingredient for the manufacture of the APS MesomorphV.2.0, which is for oral consumption in doses over a period of time to increase carnosine content in muscle tissue to delay the onset of fatigue in a human.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

93.     APS infringes claim 5 of the '610 patent because it uses beta-alanine and at least one other ingredient in manufacturing the APS MesomorphV.2.0.

94.     APS infringes claim 6 of the '610 patent because it uses beta-alanine and creatine in manufacturing the APS MesomorphV.2.0.

**7.    Endurance BCAA Plus**

95.     Hi-Tech, doing business as Formutech Nutrition ("Formutech"), sells and promotes products through its website, which is linked to the HiTech Pharmaceuticals website. One of the products Formutech promotes and sells is Endurance BCAA Plus on the website http://formutechnutrition.com/collections/recovery/products/endurance-bcaa-plus?variant=7579799813, which is incorporated by reference.

96.     Endurance BCAA Plus is a human dietary supplement that contains 2 g of beta-alanine, identified as CarnoSyn® per dosage. Ex. 13.

97.     Endurance BCAA Plus contains creatine.  *Id.*

98.     On the website promoting and selling Endurance BCAA it states "Beta Alanine increases muscle carnosine which help reduce muscle acids decreasing the burning sensation therefore delaying fatigue." *Id.*

99.     Formutech infringes claim 1 of the '084 patent because it sells, and offers for sale, Endurance BCAA Plus, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

100.    Formutech infringes claim 2 of the '084 patent because it sells, and offers for sale, Endurance BCAA Plus, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

101.    Formutech makes statements in association with the use and promotion of its Endurance BCAA Plus product that induce infringement of at least claim 1 of the '596 patent. For example, Formutech states on its website that "Beta Alanine increases muscle carnosine which help reduce muscle acids decreasing the burning sensation therefore delaying fatigue."

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

102.   Formutech infringes claim 1 of the '610 patent because it uses beta-alanine in manufacturing Endurance BCAA Plus, which is a human dietary supplement for oral consumption by mixing the beta-alanine in combination with at least one other ingredient for the manufacture of the APS Mesomorph, which is for oral consumption in doses over a period of time to increase carnosine content in muscle tissue to delay the onset of fatigue in a human.

103.   Formutech infringes claim 5 of the '610 patent because it uses beta-alanine and at least one other ingredient in manufacturing the Endurance BCAA Plus.

104.   Formutech infringes claim 6 of the '610 patent because it uses beta-alanine and creatine in manufacturing the Endurance BCAA Plus.

**8.    Volatile Pre-Workout**

105.   One of the products Formutech promotes and sells is Volatile Pre-Workout on the website http://formutechnutrition.com/collections/gain-muscle/products/volatile-pre-workou?variant=7581642821, which is incorporated by reference.

106.   Volatile Pre-Workout is a human dietary supplement that contains beta-alanine, identified as CarnoSyn®.  Ex. 14.

107.   Volatile Pre-Workout contains creatine.  *Id.*

108.   Volatile Pre-Workout contains carbohydrate.  *Id.*

109.   Volatile Pre-Workout does not contain L-histidine. *Id.*

110.   Volatile Pre-Workout is a human dietary supplement that is formulated for one or more doses per day for at least 14 days.  *Id.*

111.   Formutech infringes claim 1 of the '084 patent because it sells, and offers for sale, Volatile Pre-Workout which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

112.   Formutech infringes claim 2 of the '084 patent because it sells, and offers for sale, Volatile Pre-Workout which is a human dietary supplement that contains

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

113. Formutech infringes claim 34 of the '947 patent because it sells, and offers for sale, Volatile Pre-Workout which contains beta-alanine between 0.4 and 16 grams per daily dose, creatine and carbohydrate, does not contain L-histidine and is formulated for one or more doses per day for at least 14 days.

### 9.    Wicked Pre-Workout

114. Hi-Tech, doing business as Innovative Laboratories ("Innovative"), is linked to the Hi-Tech Pharmaceuticals website and promotes and sells products.  One of the products it promotes and sells is Wicked Pre-Workout on the website http://innovativelaboratories.net/collections/pre-workouts/products/wicked-pre-workout, which is incorporated by reference.

115. Wicked Pre-Workout is a human dietary supplement that contains beta-alanine.  Ex. 15.

116. Wicked Pre-Workout contains creatine.  *Id.*

117. Wicked Pre-Workout contains carbohydrate. *Id.*

118. Innovative infringes claim 1 of the '084 patent because it sells Wicked Pre-Workout, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

119. Innovative infringes claim 2 of the '084 patent because it sells Wicked Pre-Workout, which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

### 10.    Products Manufactured By Hi-Tech For Others

120. As alleged above, Hi-Tech not only sells its own products but also acts as a contract manufacturer for other dietary supplement brand companies. Hi-Tech manufactures and sells dietary supplements containing beta-alanine.  It has imported or purchased the raw material beta-alanine from others, and not NAI.

-21-          Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

121.   By way of example, Hi-Tech has manufactured dietary supplements containing beta-alanine for its customer, Muscle Elements ("ME"), without using CarnoSyn® beta-alanine purchased from NAI.

122.   ME is not a licensee of NAI nor has Hi-Tech informed NAI that it used or intended to use CarnoSyn® beta-alanine to make product for ME.

123.   ME sells and promotes products through its website. One of the products ME promotes and sells is PreCre on the website http://www.muscle-elements.com/precre, which is incorporated by reference.

124.   PreCre is a human dietary supplement that contains 1.2 g of beta-alanine per dosage. Ex. 16.

125.   PreCre is a human dietary supplement that contains 5 g of creatine per dosage. *Id.*

126.   PreCre is a human dietary supplement that contains carbohydrate. *Id.*

127.   PreCre is a human dietary supplement that does not contain L-histidine. *Id.*

128.   PreCre is a human dietary supplement that is formulated for one or more doses per day for at least 14 days. *Id.*

129.   The label for PreCre identifies CarnoSyn® as NAI's trademark and that the product is licensed under one or more patents owned by NAI, including the '596 patent. *Id.*

130.   ME states on the website for PreCre that "CarnoSyn® (Beta alanine) - an amino acid that along with histidine makes up carnosine, an amino acid found in muscle. Carnosine plays a role in contractile behavior of muscle and reduces fatigue*. Beta alanine supplementation, the rate limiting precursor of carnosine, actually increases muscle carnosine content, exercise capacity, endurance, muscle force production, lean body mass, and decreases fatigue by buffering hydrogen ions*. Beta alanine dosages of 1.6 grams have been shown to enhance carnosine, endurance and

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

muscle force production*.  PreCre contains 1.2 grams of beta-alanine per serving/ per scoop." *Id.*

131.  ME infringes claim 1 of the '084 patent because it sells, and offers for sale, PreCre which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

132.  ME infringes claim 2 of the '084 patent because it sells, and offers for sale, PreCre which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

133.  ME makes statements in association with the use and promotion of its PreCre product that induce infringement of at least claim 1 of the '596 patent.  For example, the website on which ME sells and promotes PreCre states "Beta alanine supplementation, the rate limiting precursor of carnosine, actually increases muscle carnosine content, exercise capacity, endurance, muscle force production, lean body mass, and decreases fatigue by buffering hydrogen ions." *Id.*

134.  ME infringes claim 34 of the '947 patent because it sells, and offers for sale, PreCre which contains beta-alanine between 0.4 and 16 grams per daily dose, creatine and carbohydrate, does not contain L-histidine and is formulated for one or more doses per day for at least 14 days.

135.  Hi-Tech infringes claim 1 of the '610 patent because it uses unlicensed beta-alanine in manufacturing PreCre for ME, which is a human dietary supplement for oral consumption by mixing the beta-alanine in combination with at least one other ingredient for the manufacture of the PreCre, which is for oral consumption in doses over a period of time to increase carnosine content in muscle tissue to delay the onset of fatigue in a human.

136.  Hi-Tech infringes claim 5 of the '610 patent because it uses unlicensed beta-alanine and at least one other ingredient in manufacturing the PreCre for ME.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

137.   Hi-Tech infringes claim 6 of the '610 patent because it uses unlicensed beta-alanine and creatine in manufacturing the PreCre for ME.

138.   Another product ME promotes and sells is PreCre XS on the website http://www.muscle-elements.com/precre-xs, which is incorporated by reference.

139.   PreCre XS is a human dietary supplement that contains 2.0 g of beta-alanine per dosage.  Ex. 17.

140.   PreCre XS is a human dietary supplement that contains 5 g of creatine per dosage.  *Id.*

141.   PreCre XS is a human dietary supplement that contains carbohydrate.  *Id.*

142.   PreCre XS is a human dietary supplement that does not contain L-histidine.  *Id.*

143.   PreCre XS is a human dietary supplement that is formulated for one or more doses per day for at least 14 days.  *Id.*

144.   The label for PreCre identifies CarnoSyn® as NAI's trademark and that the product is licensed under one or more patents owned by NAI, including the '596.  *Id.*

145.   ME states on the website for PreCre XS that "CarnoSyn® (Beta alanine) - an amino acid that along with histidine makes up carnosine, an amino acid found in muscle. Carnosine plays a role in contractile behavior of muscle and reduces fatigue*. Beta alanine supplementation, the rate limiting precursor of carnosine, actually increases muscle carnosine content, exercise capacity, endurance, muscle force production, lean body mass, and decreases fatigue by buffering hydrogen ions*. Beta alanine dosages of 1.6 grams have been shown to enhance carnosine, endurance and muscle force production*.  PreCre XS contains 2 grams of beta-alanine per serving/ per scoop."  *Id.*

146.   ME infringes claim 1 of the '084 patent because it sells, and offers for sale, PreCre XS which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine per unit dosage.

Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

147.  ME infringes claim 2 of the '084 patent because it sells, and offers for sale, PreCre XS which is a human dietary supplement that contains between 0.4 and 16 g of beta-alanine and creatine per unit dosage.

148.  ME makes statements in association with the use and promotion of its PreCre XS product that induce infringement of at least claim 1 of the '596 patent.  For example, the website on which ME sells and promotes PreCre XS states "Beta alanine supplementation, the rate limiting precursor of carnosine, actually increases muscle carnosine content, exercise capacity, endurance, muscle force production, lean body mass, and decreases fatigue by buffering hydrogen ions."  *Id.*

149.  ME infringes claim 34 of the '947 patent because it sells, and offers for sale, PreCre XS which contains beta-alanine between 0.4 and 16 grams per daily dose, creatine and carbohydrate, does not contain L-histidine and is formulated for one or more doses per day for at least 14 days.

150.  Hi-Tech infringes claim 1 of the '610 patent because it uses unlicensed beta-alanine in manufacturing PreCre XS for ME, which is a human dietary supplement for oral consumption by mixing the beta-alanine in combination with at least one other ingredient for the manufacture of the PreCre, which is for oral consumption in doses over a period of time to increase carnosine content in muscle tissue to delay the onset of fatigue in a human.

151.  Hi-Tech infringes claim 5 of the '610 patent because it uses unlicensed beta-alanine and at least one other ingredient in manufacturing the PreCre XS for ME.

152.  Hi-Tech infringes claim 6 of the '610 patent because it uses unlicensed beta-alanine and creatine in manufacturing the PreCre XS for ME.

**F.     HI-TECH'S ACTS OF TRADEMARK INFRINGEMENT**

153.  Hi-Tech promotes and sells products, APS Beta-Alanine, Endurance BCAA Plus and Volatile Pre-Workout, using NAI's CarnoSyn® trademark.  *See, e.g.*, Exs. 10, 13, 14.

154. Hi-Tech is not authorized to use NAI's trademarks unless the products contain CarnoSyn® beta-alanine purchased from NAI. On information and belief, these three products were not made using CarnoSyn®. Hi-Tech did not mark its Endurance BCAA Plus and Volatile Pre-Workout products with applicable NAI patent numbers or virtual mark them, as required by paragraph 4 of the Agreement. The three products were not licensed products under the Agreement and Hi-Tech was not authorized to use NAI's trademark on them.

155. The documents referred to herein are incorporated by reference.

## **COUNT I**

### **(Breach of Contract)**

156. The foregoing allegations are incorporated by reference.

157. Hi-Tech breached paragraph 10 of the Agreement by failing to allow NAI to audit Hi-Tech's records.

158. Hi-Tech breached paragraph 4 of the Agreement by not marking any of its products containing CarnoSyn® beta-alanine with the applicable NAI patent numbers or by not virtually marking the products under 35 U.S.C. § 287.

159. As such, Hi-Tech has materially breached the Agreement.

160. By the acts and omissions alleged above, Hi-Tech has breached the covenant of good faith and fair dealing implied in every contract.

161. As a direct and proximate result of the foregoing, NAI has been damaged in an amount to be determined at trial in excess of $75,000 exclusive of interest and costs. NAI is entitled to its reasonable attorneys' fees incurred in this case.

162. Hi-Tech's breach of this Agreement constitutes immediate and irreparable harm to NAI for which monetary damages would be an inadequate remedy and that injunctive relief is an appropriate remedy for such breach. Ex. 5 at ¶ 11.

163. Based on the contractual relationship between the parties, an accounting should be ordered.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

## COUNT II

### (Patent Infringement)

164. The foregoing allegations are incorporated by reference.

165. Hi-Tech made, used, sold, and offered for sale products embodying the patented invention, thereby infringing, literally or under the doctrine of equivalents, one or more claims of the patents-in-suit and will continue to do so unless enjoined therefrom.

166. Hi-Tech has, through the sale of its products and promotion of such products, including instructions for the use thereof, induced others (*i.e.*, the end users of its accused products) to infringe literally or under the doctrine of equivalents, one or more claims of the patents-in-suit.

167. Hi-Tech's infringement has been willful.

168. NAI has been irreparably harmed by Hi-Tech's acts of infringement and has suffered damages in an amount to be determined at trial.

## COUNT III

### (Lanham Act § 32)

169. The foregoing allegations are incorporated by reference.

170. Hi-Tech's products are used, sold, and/or offered for sale in interstate and foreign commerce.

171. In connection with its goods or services, including its APS Beta-Alanine, Endurance BCAA and Volatile Pre-Workout products, Hi-Tech has used a reproduction, counterfeit, copy, or colorable imitation of NAI's registered trademark without NAI's consent, knowing that such act is intended to be used to cause confusion, or to cause mistake, or to deceive.

172. Hi-Tech knowingly and willfully misrepresented to the public, *inter alia*, the facts alleged above.

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

173.   By reason of Hi-Tech's statements and conduct, Hi-Tech has willfully violated section 32 of the Lanham Act, 15 U.S.C. § 1114, and NAI has suffered, and will continue to suffer damage to its business, reputation, and good will and has lost sales and profits that it would have made but for Hi-Tech's acts.

174.   NAI has been irreparably harmed by Hi-Tech's acts in violation of the Lanham Act and has suffered damages in an amount to be determined at trial.

## **REQUEST FOR RELIEF**

NAI respectfully requests that this Court enter judgment against Hi-Tech and that the following relief be granted:

a.     judgment that Hi-Tech has materially breached the Agreement;

b.     judgment against Hi-Tech for damages plus pre- and post-judgment interest;

c.     a preliminary and permanent injunction against Hi-Tech and those acting in concert with it to comply with the provisions of the Agreement;

d.     imposing a constructive trust;

e.     an accounting;

f.     payment of reasonable attorneys' fees as allowed by the Agreement and law;

g.     judgment that Hi-Tech has infringed one or more claims of the patents-in-suit;

h.     judgment that Hi-Tech's infringement of one or more claims of the patents-in-suit was willful;

i.     injunction against continued infringement (35 U.S.C. § 283);

j.     damages for past infringement (35 U.S.C. § 284);

k.     imposition of a constructive trust on all proceeds from the sale of accused products;

l.     increased and trebled damages for willful infringement (35 U.S.C. § 284);

-28-          Case No. _____

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

m.  judgment that Hi-Tech has violated section 32 of the Lanham Act;

n.  judgment for compensatory, treble damages and statutory damages;

o.  a preliminary and permanent injunction against continued violations of the Lanham Act;

p.  attorneys' fees as allowed by law, including without limitation, 15 U.S.C. § 1117(a);

q.  costs pursuant to Fed. R. Civ. P. 54(d) or otherwise provided by law; and

r.  such other relief as the Court deems just and appropriate under the circumstances.

## JURY DEMAND

NAI hereby demands a jury trial on all issues so triable.

Dated:    September 16, 2016          **WILSON TURNER KOSMO LLP**

By:   s/ Frederick W. Kosmo, Jr.
FREDERICK W. KOSMO, JR.
fkosmo@wilsonturnerkosmo.com

Attorney for Plaintiff
NATURAL ALTERNATIVES
INTERNATIONAL, INC.

**Of Counsel:**

Kevin M. Bell
Richard J. Oparil
W. John McKeague
Caroline M. Maxell
Porzio, Bromberg & Newman, P.C.
1200 New Hampshire Ave. NW, Suite 710
Washington, DC 20036
(202) 517-1888
(202) 517-6322 (fax)

COMPLAINT FOR BREACH OF CONTRACT, PATENT INFRINGEMENT AND TRADEMARK INFRINGEMENT

# TABLE OF CONTENTS

| EX. NO. | DESCRIPTION | PAGES |
|---------|-------------|-------|
| 1 | U.S. Patent No. 5,965,596 | 31-54 |
| 2 | U.S. Patent No. 7,825,084 | 55-89 |
| 3 | U.S. Patent No. RE45,947 | 90-123 |
| 4 | U.S. Patent No. 8,993,610 | 124-159 |
| 5 | CarnoSyn® Beta-Alanine License Agreement | 160-163 |
| 6 | August 30, 2016 Audit Letter | 164-166 |
| 7 | Product information – Jack'D | 167-171 |
| 8 | Product information – NO Overload | 172-177 |
| 9 | Product information – Phosphagen | 178-183 |
| 10 | Product information – APS Beta-Alanine | 184-190 |
| 11 | Product information – APS Mesomorph | 191-197 |
| 12 | Product information – APS Mesomorph V.2.0 | 198-204 |
| 13 | Product information – Endurance BCAA | 205-210 |
| 14 | Product information – Volatile Pre-Workout | 211-215 |
| 15 | Product information – Wicked Pre-Workout | 216-225 |
| 16 | Product information – Muscle Elements PreCre | 226-235 |
| 17 | Product information – Muscle Elements PreCreXS | 236-244 |

Case No. _____

TABLE OF CONTENTS