# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HI-TECH PHARMACEUTICALS, INC. doing business as ALR Industries, APS Nutrition, Innovative Laboratories, Formutech Nutrition, LG Sciences, and Sports 1; and DOES 1-100, <br><br> Defendants. | Case No.: 16-cv-02343-H-AGS <br><br> **ORDER CONTINUING STAY FOR 60 DAYS** |

On September 28, 2017, the United States of America filed a first superseding indictment against Defendant Hi-Tech Pharmaceuticals, Inc. and Hi-Tech's Chief Executive Officer, Jared Wheat. (Doc. No. 65.) See United States v. Wheat, No. 1:17-cr-0229, Docket Entry No. 7 (N.D. Ga. Sept. 28, 2017). On November 9, 2017, the Court granted the parties' joint motion to stay the action, and the Court stayed the action for 90 days. (Doc. No. 66.) On February 5, 2018, the Court continued the stay for an additional 90 days. (Doc. No. 69.) On April 27, 2018, the Court held a telephonic status conference.

After considering the relevant factors, the Court, exercising its sound discretion, continues the stay of the action for an additional 60 days to **July 20, 2018**. The Court schedules a telephonic status conference for **Monday, July 16, 2018** at **10:30 a.m.** The Court will initiate the telephone call. The parties must provide the Court with the necessary telephone numbers by sending them to the Court's e-file inbox, efile_huff@casd.uscourts.gov, by **July 11, 2018**.

**IT IS SO ORDERED.**

DATED: April 27, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT