# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC.,<br><br>                          Plaintiff,<br><br>v.<br><br>HI-TECH PHARMACEUTICALS, INC. doing business as ALR Industries, APS Nutrition, Innovative Laboratories, Formutech Nutrition, LG Sciences, and Sports 1; and DOES 1-100,<br><br>                          Defendants. | Case No.: 16-cv-02343-H-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE AND WITH TOLLING AGREEMENT AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 76.] |

On July 31, 2018, the parties filed a joint motion to dismiss the entire action without prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs. (Doc. No. 76.) In the joint motion, the parties agree that the requested Order of dismissal does not pertain to the merits of the claims and defenses at issue in the action and that no party will issue any press release or make any other public statement suggesting the contrary. (Id.) The parties also agree to toll the statute of limitations, laches, and damages regarding the same or similar claims alleged in Plaintiff's first amended complaint in this action from the time of this Order until such time that

1  Plaintiff elects to re-file its complaint, with the re-filed complaint to receive the benefit of
2  the filing date of the earliest filed complaint in this action, September 16, 2016.  (Id.)
3      The Court, for good cause shown, grants the joint motion and dismisses the entire
4  action without prejudice, with each party to bear its own attorneys' fees and costs.  Nothing
5  in this Order shall pertain to the merits of the claims and defenses at issue in this case and
6  the parties agree that no party will issue any press release or make any other public
7  statement suggesting the contrary.  In addition, Plaintiff NAI at its sole discretion may re-
8  file its complaint against Defendant Hi-Tech arising from or related to the same or similar
9  matters.  The time from this dismissal until such filing shall be tolled for statute of
10 limitations, laches, and damages purposes and the subsequent complaint shall receive the
11 benefit of the filing date of the earliest filed complaint, (Doc. No. 1), September 16, 2016.
12 The Clerk is directed to close the case.

13 **IT IS SO ORDERED.**

14 DATED: August 1, 2018

15 _____
   MARILYN L. HUFF, District Judge
16 UNITED STATES DISTRICT COURT